## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| NICOLE DESHER (GUARDIAN AD LITEM OF PATRICK DEVLIN), | : No. 390 EAL 2019 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA), | : |
| | : |
| | : |
| | : |
| Respondent | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.